Case 4:24-cr-00471   Document 83   Filed on 11/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: 4:24-CR-00471 |
| | § | |
| v | § | |
| | § | |
| | § | |
| JEAN ANGE MOSSOU SAHOU | § | |

### ORDER ON UNOPPOSED MOTION TO TRAVEL

Defendant Jean Ange Mossou Sahou's Unopposed Motion to Travel is hereby GRANTED. Defendant's conditions of pretrial release are modified to the extent necessary to allow him to travel to Philadelphia, Pennsylvania from November 27, 2025 through November 30, 2025. Defendant shall provide his pretrial supervision officer with all travel details and itinerary prior to travel.

All other conditions of release remain in effect.

Signed November 24, 2025.

_____
UNITED STATES DISTRICT JUDGE